# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:
**621 Genessee Street**
**Annapolis, Maryland 21401**

CASE NUMBER:
**13-0077SAG**

TO:  DEA Task Force Officer Matthew Wires,
     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**621 Genessee Street, Annapolis, Maryland 21401**, further described as a red brick townhouse with brown shingles. The front door is blue with gold address numbers "621" located on the top middle of door. The door opens left to right and is secured by a deadbolt on left side of door. There are two second floor windows and a large double window to the left side of the front door. There is a gold porch light on the wall to the left side of door and an ADT security sign posted in the ground also to the left. From the street curb, there are approximately six steps up to the walkway that leads to the front door. There is no access to the rear of the residence from Genessee Street. The rear of residence is approached from Harwood Place, through a wooden gate. The back of the residence has a small patio, surrounded by a wooden railing and partition. The rear door is gray, with a white storm door. There are two second floor windows in the rear, and one large window to the right of the rear door. There is a patio light to the right of the door. Taylor Avenue is a nearby cross street with Genessee.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before   1/28/13
                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

1/14/13 _____ at Baltimore, Maryland
Date and Time Issued
11:13am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#15) AUSAs Carey/Smith

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-14-13 | 1-15-13 0600 | Ryan Wheeler |

INVENTORY MADE IN THE PRESENCE OF  Ryan Wheeler

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S Judge or Magistrate        Date

**EVIDENCE:**

| Item | Description | Location |
|---|---|---|
| A | **Master Bedroom** | **Second Floor, Rear** |
| 1 | White I phone | Top of dresser |
| 2 | Gucci bag in Gucci box | Shelf in closet |
| 3 | Envelope containing tax documents | Shelf in closet |
| 4 | Photographs | Closet |
| 5 | Miscellaneous documents | Top shelf of closet in bag |
| 6 | Miscellaneous tax/vehicle documents | Top shelf on closet in document binder |
| 7 | Prepaid currency card | In bag on back of door |
| 8 | Checkbook of Rebekah Ramirez | In bag on back of door |
| 9 | Amsterdam Hotel bill of Ryan Wheeler | In bag in closet |
| B | **Hall Closet** | **Upstairs** |
| 10 | Picture | Shelf in closet |
| C | **Front Left Bedroom** | **Second Floor** |
| 11 | Digital Scale with residue | On window sill |
| D | **Kitchen** | **First Floor** |
| 12 | Two clear plastic bags containing Greenish brown leafy substance - Marihuana | Next to Washer/Dryer |
| 13 | Black heat sealer | Cabinet above dish washer |
| 14 | U.S. Currency (Turned over to DEA SA High) | Drawer to right of dishwasher |
| 15 | Clear mason jar containing greenish Brown leafy substance – marihuana | Drawer to right of dishwasher |
| 16 | Wheeler Automotive document | Drawer to right of dishwasher |
| 17 | White I phone with brown case and power cord | on counter top |
| 18 | White I phone with white and gray case and power cord | on counter top |
| 19 | Two Wheeler Automotive documents | Drawer to right of refrigerator |
| 20 | Passport of Ryan Wheeler | Drawer to right of refrigerator |
| 21 | Documents of Ryan and Lanette Wheeler | Drawer to right of refrigerator |
| 22 | Metal kilo press (Jack and parts) | Floor next to washer/dryer |
| 23 | Two pictures | Drawer to right of dishwasher |
| 24 | Vehicle sales license of Ryan Wheeler | In wallet on countertop |
| 25 | Marriot rewards card / two credit cards | In wallet on countertop |
| 26 | Black Samsung phone | In brown bag on chair |
| E | **Blue Chevrolet Pickup Truck** | **TOT Howard County DFC Zammillo** |
| 27 | Inspection documents | In center console |
| 28 | Bank record documents | Passenger seat map pocket |
| F | **White Lexus** | **TOT Howard County** |
| G | **Living Room** | **First Floor** |
| 29 | I pad | Floor near sofa |
| 30 | Two key rings / 1 key | Living room |